# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 3:21mj34 |
| DAVID KYLE REEVES | ) |
| *Defendant(s)* | ) |

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 1, 2021 in the county of Gaston in the Western District of North Carolina, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 871 | Threatening the President of the United States |

This criminal complaint is based on these facts:
See attached Affidavit.

☒ Continued on the attached sheet.

/s/ John Robinson
*Complainant's signature*

SSA John Robinson, U.S. Secret Service
*Printed name and title*

Sworn in accordance with Rule 4.1.

Signed: February 3, 2021

David C. Keesler
United States Magistrate Judge

Date: 02/03/2021

City and state: Charlotte, North Carolina

David C. Keesler, U.S. Magistrate Judge
*Printed name and title*